# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DEMOCRACY FORWARD FOUNDATION, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:17-cv-02125-KBJ |
| OFFICE OF MANAGEMENT AND BUDGET, | ) ) ) ) | |
| Defendant. | ) ) | |

## JOINT STATUS REPORT

Pursuant to the Court's January 16 and February 5, 2018 Minute Orders, Defendant Office of Management and Budget ("Defendant"), and Plaintiff Democracy Forward Foundation ("Plaintiff") (collectively, "the Parties"), hereby provide the Court with the following Joint Status Report:

- The Parties have conferred and discussed that Defendant is conducting a search for documents responsive to Plaintiff's Freedom of Information Act ("FOIA") request. Defendant represented to Plaintiff's counsel that it would make rolling productions on February 15, March 15, and April 16.

- The Parties propose to file by April 20, 2018 a joint status report with the Court advising the Court of the status of the matter, including a recommendation for further proceedings, if any.

Dated: February 5, 2018

Respectfully submitted,

|  |  |
|---|---|
| JESSIE K. LIU, D.C. BAR # 472845 | /s/ *Skye Perryman*  \
SKYE L. PERRYMAN, D.C. BAR # 984573 |
| United States Attorney  \
for the District of Columbia. | Senior Counsel  \
Democracy Forward Foundation  \
PO Box 34553  \
Washington, D.C. 20043 |
| DANIEL F. VAN HORN, D.C. Bar #924092  \
Civil Chief | (202) 701-1778  \
sperryman@democracyforward.org |

By: */s/ Alexander D. Shoaibi*  
ALEXANDER D. SHOAIBI, D.C. Bar #423587  
Assistant U.S. Attorney  
555 Fourth St., N.W.  
Room E4218  
Washington, D.C. 20530  
(202) 252-2511  
Alexander.d.shoaibi@usdoj.gov

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2018, I electronically filed a copy of the foregoing. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM-ECF system.

*/s/ Skye L. Perryman*
Skye L. Perryman